**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angela RUIZ, Defendant–Appellant.**

**No. 00–50048.**

United States Court of Appeals, Ninth Circuit.

Filed July 31, 2002.

Patrick K. O'Toole, United States Attorney, David P. Curnow, Assistant United States Attorney, U.S. Attorney's Office, San Diego, CA, for Plaintiff–Appellee.

Troy A. Britt, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before BOOCHEVER, TASHIMA and TALLMAN, Circuit Judges.

**ORDER**

The judgment of this court, 241 F.3d 1157, has been reversed by the United States Supreme Court. *United States v. Ruiz,* —— U.S. ——, 122 S.Ct. 2450, 153 L.Ed.2d 586 (2002). Ruiz's sentence is affirmed.

**Robert BARNETT, Plaintiff–Appellant,**

v.

**U.S. AIR, INC., Defendant–Appellee.**

**No. 96–16669.**

United States Court of Appeals, Ninth Circuit.

July 31, 2002.

Robert Rychlik, Palm Desert, CA, Richard—Davis, Esq., Surprise, AZ, for Plaintiff–Appellant.

Marita T. Covarrubias, Esq., McDermott, Will & Emery, Raymond W. Thomas, Esq., Hill, Farrer & Burrill, LLP, Los Angeles, CA, for Defendant–Appellee.

Before SCHROEDER, Chief Judge, HUG, B. FLETCHER, PREGERSON, O'SCANNLAIN, TROTT, KLEINFELD, TASHIMA, THOMAS, FISHER and GOULD, Circuit Judges.

**ORDER**

This case is remanded to the district court for further proceedings consistent with *U.S. Airways, Inc. v. Barnett,* 535 U.S. ——, 122 S.Ct. 1516, 152 L.Ed.2d 589 (2002).